

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00637-CR

Jeffrey **THEISEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2446
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 8, 2014.

_____
Marialyn Barnard, Justice